JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| W. DREW ALDEN, an individual; and<br>TOMALES BAY SHELLFISH FARMS,<br>INC., ("dba" Tomales Bay Oyster Company), a corporation,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>RUTH COLEMAN, DIRECTOR OF CALIFORNIA STATE PARKS;<br>DOES 1 - 10, INCLUSIVE,<br><br>　　　　　Defendants | CASE NO.  CV08-06297 RGK (CWx)<br><br>[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE |

Pursuant to FRCP § 41(a)(1)(ii) and the stipulation of all parties to this matter, and good cause appearing,

IT IS HEREBY **ORDERED**,

that this action is dismissed in its entirety without prejudice.

DATED: December 17, 2009

_____
R. GARY KLAUSNER, DISTRICT JUDGE
UNITED STATES DISTRICT COURT

CV08-06297 RGK (CWx)
[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE